FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 AUG -1 AM 10: 30

CLERK J. Hodge
SO. DIST. OF GA.

# United States District Court
## Southern District of Georgia

Jason Newton and Vanzel Newton

_____
Plaintiff

v.

Roosen Verchetti & Olivier - GA PLLC (LLC); & Transworld Systems, Inc.

_____
Defendant

Case No. 3:19-cv-00047-DHB-BKE

Appearing on behalf of
Roosen Verchetti & Olivier - GA PLLC (LLC); & Transworld Systems, Inc.

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 1st day of August, 2019.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

**NAME OF PETITIONER:** Kirsten H. Smith

**Business Address:** Sessions, Fishman, Nathan and Israel
Firm/Business Name

3850 N. Causeway Blvd., Lakeway II, Ste. 200
Street Address

| Street Address (con't) | Metairie | LA | 70002 |
|---|---|---|---|
| | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

(504) 846-7943                          702220
Telephone Number (w/ area code)       Georgia Bar Number

**Email Address:** ksmith@sessions.legal