IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JASON NEWTON and VANZEL NEWTON, | ) |
| Plaintiffs, | ) |
| v. | ) CV 319-047 |
| ROOSEN VERCHETTI & OLIVER – GA PLLC (LLC) and TRANSWORLD SYSTEMS, INC., | ) |
| Defendants. | ) |

**O R D E R**

The parties jointly move to stay discovery pending a ruling on their cross motions for summary judgment, which are to be filed on or before January 8, 2020. (Doc. no. 23.) Discovery is set to close on December 9, 2019. (Doc. no. 22.) The parties move for a stay of discovery because they expect the summary judgment ruling will resolve the case entirely or substantially limit the scope and amount of discovery. (Doc. no. 23.) The parties further state a related case with substantially similar issues is pending in the Middle District of Georgia, wherein the parties have already briefed their cross motions for summary judgment and discovery is stayed pending a ruling. (Id.); see Pierce v. Roosen, Verchetti, & Olivier-GA PLLC (LLC), Case No. 5:19-cv-00075-MTT (M.D. Ga. Mar. 8, 2019).

The Court **GRANTS** the motion to stay discovery pending final resolution of the parties' forthcoming cross motions for summary judgment. (Doc. no. 23.) On or before March 2, 2020, the parties shall file a joint status report regarding summary judgment in the

related case.  Should any portion of the above-captioned case remain in dispute after resolution of the cross motions for summary judgment, the parties shall confer and submit a proposed joint revised scheduling order within seven days of the presiding District Judge's ruling.

SO ORDERED this 6th day of December, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA