IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JASON NEWTON and VANZEL NEWTON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV 319-047 |
| | ) | |
| ROOSEN VERCHETTI & OLIVER – GA PLLC (LLC) and TRANSWORLD SYSTEMS, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Before the Court is the parties' joint status report as directed by the Court's December 6, 2019 Order staying discovery pending resolution of the parties' cross motions for summary judgment. (Doc. no. 38; see doc. no. 24.) In the Court's December 6th order, the Court ordered the parties to file a joint status report on or before March 2, 2020, informing the Court of the status of the summary judgment motions filed in a related case before the Middle District of Georgia. (Doc. no. 24); see Pierce v. Roosen, Verchetti, & Olivier-GA PLLC (LLC), Case No. 5:19-cv-00075-MTT (M.D. Ga. Mar. 8, 2019). In their joint status report, the parties report the summary judgment motions in the related case remain pending and request the Court continue the stay of discovery. (Doc. no. 24.)

The Court **GRANTS** the parties' request to continue the stay and **ORDERS** the parties to file a joint status report by the earlier of June 1, 2020, or seven days after resolution

of the summary judgment motions in the related case.

SO ORDERED this 5th day of March, 2020, at Augusta, Georgia.

_/s/ Brian K. Epps_
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA