IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JASON NEWTON and VANZEL NEWTON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CV 319-047 |
| | ) |
| ROOSEN VERCHETTI & OLIVER – GA PLLC (LLC) and TRANSWORLD SYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |

_____

**O R D E R**
_____

  Before the Court is the parties' joint status report as directed by the Court's March 5, 2020 and December 6, 2019 Orders staying discovery pending resolution of the parties' cross motions for summary judgment.  (Doc. nos. 24, 39.)  In the Court's March 5th order, the Court continued the stay of discovery and ordered the parties to file a joint status report on or before June 1, 2020, informing the Court of the status of the summary judgment motions filed in a related case before the Middle District of Georgia.  (Doc. no. 39); see <u>Pierce v. Roosen, Verchetti, & Olivier-GA PLLC (LLC)</u>, Case No. 5:19-cv-00075-MTT (M.D. Ga. Mar. 8, 2019). In their joint status report, the parties report the summary judgment motions in the related case remain pending and request the Court continue the stay of discovery.  (Doc. no. 41.)

  The Court **GRANTS** the parties' request to continue the stay and **ORDERS** the parties to file a joint status report by the earlier of September 4, 2020, or seven days after

resolution of the summary judgment motions in the related case.

SO ORDERED this 8th day of June, 2020, at Augusta, Georgia.

*[signature]*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA