IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| JASON NEWTON and VANZEL NEWTON, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CV 319-047 |
| | * | |
| ROOSEN VARCHETTI & OLIVER-GA PLLC (LLC) and TRANSWORLD SYSTEMS, INC., | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

Plaintiffs Jason and Vanzel Newton brought this case alleging violations of the Fair Debt Collection Practices Act ("FDCPA") stemming from a state collections lawsuit filed in Wheeler County, Georgia (the "Collection Action"). Plaintiffs allege that Defendants made misrepresentations in violation of the FDCPA by initiating the Collection Action on behalf of a foreign trust, rather than the trustee. The question of whether a foreign trust may sue as an entity distinct from its trustee is currently pending before the Court of Appeals of Georgia.

Because the resolution of the state law issue could be dispositive here, **IT IS HEREBY ORDERED** that this case is **STAYED** until the aforementioned question of state law is resolved in Georgia's courts. **IT IS FURTHER ORDERED** that the Parties shall

notify the Court within **twenty-one days** of the issuance of a ruling in the case pending before the Court of Appeals of Georgia.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE